**Robert TAYLOR, Movant-Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 48932.**

Missouri Court of Appeals,
Eastern District.

June 11, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 5, 1985.

Application to Transfer Denied
Sept. 10, 1985.

Retta-Rae Randall, Office of Special Public Defender, St. Louis, for movant-appellant.

T. Chad Farris, Asst. Atty. Gen., Jefferson City, for respondent.

## ORDER

PER CURIAM:

Direct appeal from the denial of post-conviction relief pursuant to Rule 27.26.

Judgment affirmed. Rule 84.16(b).